Samuel Sloan and others, Appellants, v. John E. Gauhn and another, Respondents.—Judgment

---

*Decisions handed down at an adjourned term held December 30, 1887.

affirmed, without costs of this appeal to either party. Opinion by Haight, J.